IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1168-AP

Margaret D. Devereaux,

        Plaintiff,

v.

Michael Astrue,
Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Patrick C.H. Spencer, II
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
719-632-4807 (facsimile)
patrick@2spencers.com

For Defendant:

William G. Pharo
Special Assistant U.S. Attorney

Daniel E. Burrows
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed: May 4, 2012.

    B. Date Complaint Was Served on U.S. Attorney's Office: May 7, 2012.

    C. Date Answer and Administrative Record Were Filed: July 9, 2012.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**[1]

    A.    Plaintiff's Opening Brief Due: November 28, 2012.

    B.    Defendant's Response Brief Due: December 28, 2012.

    C.    Plaintiff's Reply Brief (If Any) Due: January 14, 2013.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff does not request oral argument.

    B.    Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ☐ All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ☒ All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

---

[1] The parties agreed to adjust the briefing schedule to accommodate conflicts on counsels' calendars due to office closures on and around Thanksgiving, Christmas and New Year's day.

DATED this October 15, 2012.

                               BY THE COURT:

                               ***S/John L. Kane***_____

                               U.S. DISTRICT COURT JUDGE

APPROVED:

                               UNITED STATES ATTORNEY

/sPatrick C.H. Spencer II

By: Patrick C.H. Spencer II              _____

830 Tenderfoot Hill Road, Suite 320      By: Special Assistant U.S. Attorney
Colorado Springs, CO 80906
Telephone: 719-632-4808                 Mailing Address:
                                              1961 Stout St., Suite 1001A
Attorney(s) for Plaintiff(s)                  Denver, Colorado  80294

                                              Street Address:

                                              United States Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado  80202
                                              Telephone:  (303) 454-0100

                                              Attorney for Defendant(s)

Please affix counsel's signatures and any pro se party's signatures before submission of the proposed Joint Case Management Plan to the court.