**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1168-WJM

MARGARET D. DEVEREAUX,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES**

---

This matter is before the Court on the Parties' Stipulated Motion for an Award of Attorney Fees, filed August 29, 2013 (ECF No. 23). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. The Defendant shall pay to Plaintiff reasonable attorney's fees in the amount of $7,500 pursuant to 28 U.S.C. § 2412 (2006).

IT IS FURTHER ORDERED that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney.

Dated this 30th day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge