**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 12-cv-1168-WJM

MARGARET D. DEVEREAUX,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

---

This matter comes before the Court on Plaintiff's Unopposed Motion for An Award of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 25), filed November 14, 2014. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED. Attorney's fees are awarded in the amount of $7,533.31. The fee shall be forwarded and made payable directly to Plaintiff's attorney. *See Manning v. Astrue*, 510 F.3d 1246, 1251-52 (10th Cir. 2007).

It is FURTHER ORDERED that, upon receipt of the aforementioned § 406(b) fee, Plaintiff's attorney shall refund to the Plaintiff the previously paid fee pursuant to the Equal Access to Justice Act (EAJA) in the amount of $1,005.85.

Dated this 18th day of November, 2014.

BY THE COURT:

William J. Martínez
United States District Judge